
FILED
DEC 0 9 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>APEC, INC.; SCHWARZ ARCHITECTURE & ENGINEERING, INC.; JEFFREY S. GALLATIN, an individual; and GALLATIN CONSTRUCTION, INC.,<br><br>Defendant. | CV 19–176–M–DLC<br><br>ORDER |

Before the Court is the Motion for Admission of Linda Wendell Hsu *Pro Hac Vice*. (Doc. 3.) Ms. Hsu's application appears to be in order.

Accordingly, IT IS ORDERED that the motion (Doc. 3) is GRANTED on the condition that Ms. Hsu shall do her own work. This means that she must (1) do her own writing, (2) sign her own pleadings, motions, and briefs, and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Hsu, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 9th day of December, 2019.

Dana L. Christensen, Chief Judge
United States District Court