IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>APEC, INC.; SCHWARZ ARCHITECTURE & ENGINEERING, INC.; JEFFREY S. GALLATIN, an individual; and GALLATIN CONSTRUCTION, INC.,<br><br>Defendant. | CV 19–176–M–DLC<br><br>ORDER |

Before the Court is Plaintiff National Casualty Company's Unopposed Motion to Appear Telephonically at Preliminary Pretrial/Scheduling Conference. (Doc. 16.)

IT IS ORDERED that the motion (Doc. 16) is GRANTED. Attorney Linda Wendell Hsu will be advised of the call-in information prior to the conference.

DATED this 25th day of February, 2020.

Dana L. Christensen, Chief Judge
United States District Court